UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kimberly O'Connor<br>         Patrick O'Connor<br>                              Debtors<br><br>M&T Bank,<br>its successors and/or assigns<br>                              Movant<br>         v.<br>Kimberly O'Connor<br>Patrick O'Connor<br>                              Respondents<br>                and<br>Eric E. Bononi, Trustee<br>                              Additional Respondent | BK. NO. 16-22166 CMB<br><br>CHAPTER 7<br>Related to Docket #___18_____<br><br>**ENTERED BY DEFAULT** |

### ORDER GRANTING THE MOTION TO ANNUL THE AUTOMATIC STAY

AND NOW, this 29th day of September, 2016, at Pittsburgh, upon Motion of M&T Bank, it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified and annulled with respect to the subject premises located at 390 Glendale Road, Beaver Falls, PA 15010 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

ORDERED THAT: The Sheriff's Deed recorded on June 29, 2016 is **VALID**

_____
United States Bankruptcy Judge            kmt

FILED
9/29/16 1:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Kimberly O'Connor
390 Glendale Road
Beaver Falls, PA 15010

Patrick O'Connor
390 Glendale Road
Beaver Falls, PA 15010

John L. Walker, Jr. Esq.
345 Commerce Street (VIA ECF)
Beaver, PA 15009
jwalker@marwlaw.com

Eric E. Bononi
20 North Pennsylvania Avenue (VIA ECF)
Suite 201
Greensburg, PA 15601
bankruptcy@bononiandbononi.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re: 									Case No. 16-22166-CMB
Patrick O'Connor								Chapter 7
Kimberly O'Connor
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: kthe            Page 1 of 1          Date Rcvd: Sep 29, 2016
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2016.
db/jdb         +Patrick O'Connor,    Kimberly O'Connor,    390 Glendale Road,    Beaver Falls, PA 15010-8522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2016 at the address(es) listed below:
              Eric E. Bononi    bankruptcy@bononilaw.com, pa69@ecfcbis.com
              John L. Walker, Jr.   on behalf of Debtor Patrick  O'Connor jwalker@marwlaw.com,
               karen.w@marwlaw.com
              John L. Walker, Jr.   on behalf of Joint Debtor Kimberly  O'Connor jwalker@marwlaw.com,
               karen.w@marwlaw.com
              Joshua I. Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 5