**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Patrick O'Connor** | Social Security number or ITIN **xxx–xx–2670** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kimberly O'Connor** | Social Security number or ITIN **xxx–xx–7792** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **16–22166–CMB**

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Patrick O'Connor                                    Kimberly O'Connor

10/14/16                                            **By the court:**   Carlota M. Bohm
                                                                       United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 16-22166-CMB
Patrick O'Connor                                                Chapter 7
Kimberly O'Connor
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: lfin        Page 1 of 2        Date Rcvd: Oct 14, 2016
                            Form ID: 318      Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2016.
db/jdb        +Patrick O'Connor,   Kimberly O'Connor,   390 Glendale Road,   Beaver Falls, PA 15010-8522
14243403      ++1ST SUMMIT BANK,   PO BOX 5480,   JOHNSTOWN PA 15904-5480
               (address filed with court: 1st Summit Bank,   125 Donald Ln,   Johnstown, PA 15904)
14243406      +Bk Of Amer,   Po Box 45144,   Jacksonville, FL 32232-5144
14243407      +Cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283
14243413      +North Sewickley Township,   893 Mercer Road,   Beaver Falls, PA 15010-6815
14243414      +North Sewickley Township Sewer Authority,   893 Mercer Road,   Beaver Falls, PA 15010-6815
14243416       PennPower,   PO Box 16001,   Reading, PA 19612-6001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 15 2016 01:40:15      Pennsylvania Dept. of Revenue,
               Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA   17128-0946
14243405       EDI: BANKAMER.COM Oct 15 2016 01:18:00      Bk Of Amer,   Po Box 982238,   El Paso, TX 79998
14243404      +EDI: TSYS2.COM Oct 15 2016 01:18:00      Barclays Bank Delaware,   Po Box 8803,
               Wilmington, DE 19899-8803
14243408      +EDI: CHASE.COM Oct 15 2016 01:18:00      Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
14243409      +EDI: CBSKOHLS.COM Oct 15 2016 01:18:00      Kohls/Capone,   N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-7096
14243410      +EDI: CBSKOHLS.COM Oct 15 2016 01:18:00      Kohls/Chase,   N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-7096
14243411       E-mail/Text: camanagement@mtb.com Oct 15 2016 01:40:09      M & T Bank,   1 Fountain Plz,
               Buffalo, NY 14203
14243412       E-mail/Text: camanagement@mtb.com Oct 15 2016 01:40:09      M & T Bank,   Po Box 7678,
               Buffalo, NY 14240
14243415       E-mail/Text: bankruptcy@firstenergycorp.com Oct 15 2016 01:40:37      Penn Power,
               76 S. Main Street,   A-RPC,   Akron, OH 44308-1890
14243417      +EDI: RMSC.COM Oct 15 2016 01:18:00      Syncb/Banana Rep,   Po Box 965005,
               Orlando, FL 32896-5005
14243418      +EDI: RMSC.COM Oct 15 2016 01:18:00      Syncb/Care Credit,   Po Box 965036,
               Orlando, FL 32896-5036
14243419      +EDI: RMSC.COM Oct 15 2016 01:18:00      Syncb/Jcp,   Po Box 965007,   Orlando, FL 32896-5007
14243420      +EDI: RMSC.COM Oct 15 2016 01:18:00      Syncb/Old Navy,   Po Box 965005,
               Orlando, FL 32896-5005
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T Bank
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2016 at the address(es) listed below:
              Eric E. Bononi    bankruptcy@bononilaw.com, pa69@ecfcbis.com
              John L. Walker, Jr.   on behalf of Debtor Patrick  O'Connor jwalker@marwlaw.com,
               karen.w@marwlaw.com
              John L. Walker, Jr.   on behalf of Joint Debtor Kimberly  O'Connor jwalker@marwlaw.com,
               karen.w@marwlaw.com
              Joshua I. Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com

```
District/off: 0315-2          User: lfin              Page 2 of 2           Date Rcvd: Oct 14, 2016
                              Form ID: 318            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                                                                                  TOTAL: 5