## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Patrick O'Connor and Kimberly O'Connor | CHAPTER 7 |
| Debtor(s) | BKY. NO. 16-22166 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4594

              Respectfully submitted,

              **/s/ James C. Warmbrodt, Esquire**
              James C. Warmbrodt, Esquire
              jwarmbrodt@kmllawgroup.com
              Attorney I.D. No. 42524
              KML Law Group, P.C.
              701 Market Street, Suite 5000
              Philadelphia, PA 19106
              Phone: 215-825-6306
              Fax: 215-825-6406
              Attorney for Movant/Applicant